UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2:18-cv-01885-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| Starbucks Corporation, a Washington Corporation; and Does 1-10, | |
| Defendant. | |

Having considered Plaintiff Scott Johnson's Motion to Stay (ECF No. 16) and Defendant Starbucks Corporation's Statement of Non-Opposition thereto (ECF No. 18), the Court hereby ORDERS that:

(1) proceedings are STAYED pending resolution of the appeals in civil cases 3:17-cv-02454-WHA and 8:18-cv-01615-DOC-DFM;

(2) the parties shall submit a Joint Status Report ("JSR") every sixty (60) days from the date of electronic filing of this Order until completion of the appeals; and

///

///

///

(3) within 14 days of a resolution of the pending appeals in civil cases 3:17-cv-02454-WHA and 8:18-cv-01615-DOC-DFM, the Parties shall submit a JSR reporting all issues, if any, remaining in this matter.

IT IS SO ORDERED.

Dated: June 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE