UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:18-cv-01885-MCE-AC |
| Plaintiff, | **ORDER** |
| v. | |
| STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10, | |
| Defendants. | |

### **ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1) and the stipulation of the parties filed with this Court [ECF No. 31], this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 24, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1